**VENABLE LLP**
Ari N. Rothman (SBN 296568)
  *anrothman@venable.com*
Allison C. Nelson (SBN 319321)
  *acnelson@venable.com*
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone:  310.229.9900
Facsimile:  310.229.9901

*Attorneys for Defendant*
PRINCESS POLLY USA, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABBY FURNO <br><br> Plaintiff, <br><br> v. <br><br> PRINCESS POLLY USA, INC. AND DOES 1-20 <br><br> Defendants. | Case No. 2:26-cv-04759 <br><br> Hon. <br> Crtrm. <br><br> **DEFENDANT PRINCESS POLLY USA, INC.'S NOTICE OF REMOVAL** <br><br> [Orange County Superior Court Case No. 30-2026-01559099-CU-CR-CJC] <br><br> Action Filed:      April 1, 2026 <br> Action Removed:  May 1, 2026 <br> Trial Date:        None Set |

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

Case No. 2:26-cv-04759

NOTICE OF REMOVAL

**TO THE CLERK OF THE ABOVE-TITLED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, defendant Princess Polly USA, Inc. hereby removes the above-captioned action, which is currently pending in the Orange County Superior Court in the State of California bearing case number 30-2026-01559099-CU-CR-CJC, to the United States District Court in the Central District of California.  As grounds for removal, defendant states as follows:

### *Statement of the Case*

1.    On April 1, 2026, plaintiff Gabby Furno filed a civil action against Princess Polly in the Orange County Superior Court in the State of California. Plaintiff seeks damages and injunctive relief based on her allegations that Princess Polly's store location in Irvine, California has physical access barriers that violate the Americans With Disabilities Act, 42 U.S.C. § 12182(b)(2)(A)(iv) and 28 C.F.R. § 36.304(b), and the Unruh Civil Rights Act, Cal. Civ. Code § 51, *et seq*.  Princess Polly denies all allegations of misconduct.

### *Removal Under Federal Question Jurisdiction and Supplemental Jurisdiction*

2.    This action is removable under 28 U.S.C. § 1441(a) because this Court would have had original jurisdiction over this action pursuant to 28 U.S.C. § 1331 had plaintiff initially brought this case in federal court.

3.    Pursuant to 28 U.S.C. § 1441(c), when a claim is brought under a federal law for which this Court has original jurisdiction, and is joined with one or more otherwise non-removable claims, the entire action may be removed. As this Court has original jurisdiction under 28 U.S.C. § 1331, it also has supplemental jurisdiction over plaintiff's state law claims under 28 U.S.C. § 1367(a) because such claims form part of the same case or controversy as plaintiff's federal claims. Plaintiff's state law claims are premised on the same conduct as her federal claim, namely, that Princess Polly's store located at 620 Spectrum Center Drive, Irvine, CA

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

-1-

92618 has access barriers that prevented her from being able to maneuver through the store.

4.    Plaintiff's state law claims do not raise novel or complex issues of state law or predominate over the federal claim for which this Court has original jurisdiction, and there are no exceptional circumstances or other compelling reasons for this Court to decline to exercise supplemental jurisdiction.

### *The Procedural Requirements for Removal are Met*

5.    This notice of removal is timely filed under 28 U.S.C. § 1446.  Plaintiff filed her complaint on April 1, 2026, but has not yet served Princess Polly with a copy of the complaint or summons. The filing of this notice of removal is therefore timely because defendant is filing it "within 30 days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1).

6.    Pursuant to 28 U.S.C. § 1446(a) defendant files herewith as **Exhibit A** true and correct copies of the state court filings, including all process, pleadings, and orders, that appear on the state court docket for this matter.

7.    Pursuant to 28 U.S.C. §§ 84(c)(2), 1441(a), and 1446(a), this notice of removal is being filed in the United States District Court for the Central District of California, which is the federal district court embracing the state court where this action was filed.

8.    There are no other defendants and thus the requirement to seek consent set forth in 28 U.S.C. § 1446(b)(2)(A) does not apply.

9.    Pursuant to 28 U.S.C. § 1446(d), defendant is filing with the clerk of the Orange County Superior Court of the State of California and serving upon plaintiff's counsel a Notice to Adverse Party and State Court of Removal of Action to Federal Court.  Proof of the same will be filed with this Court.

10.    No previous application has been made for the relief requested herein.

11.    This notice of removal has been signed pursuant to Fed. R. Civ. P. 11.

-2-

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

12.    If Plaintiff seeks to remand this case to state court, defendant respectfully requests that it be permitted to brief and argue the issue of this removal prior to any order remanding this case. If the Court decides that remand is proper, defendant asks that the Court retain jurisdiction and allow defendant to file a motion asking this Court to certify any remand order for review by the Ninth Circuit, pursuant to 28 U.S.C. § 1292(b).

### *Conclusion*

Based upon the foregoing, defendant Princess Polly USA, Inc. hereby removes the above-referenced Orange County Superior Court action to this Court.

Dated:  May 1, 2026                         VENABLE LLP

                                            /s/   *Allison C. Nelson*
                                            Ari N. Rothman
                                            Allison C. Nelson

                                            *Attorneys for Defendant*
                                            PRINCESS POLLY USA, INC.

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

Case No. 2:26-cv-04759                              NOTICE OF REMOVAL